**IT IS ORDERED as set forth below:**

**Date: May 11, 2021**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-65681-JWC |
| Charles D. Menser, Jr., <br>        Debtor. <br>_____ | CHAPTER 7 <br><br>_____ |
| Edwin K. Palmer, as Chapter 7 Trustee for <br>the Estate of Charles D. Menser, Jr., <br>        Plaintiff. <br>v. <br>Charles D. Menser, Jr, Phyllis J. Menser, <br>Charles D. Menser, III, Connie Menser, <br>Sarah L. Connell, George H. Connell, <br>Menser Family Partners, L.P., Menser <br>Family Trust, Menser Family Partnership <br>II, L.P., P.J. Menser Family Partnership, <br>L.L.L.P., Stonewall Capital Partners, <br>L.L.L.P., Stonewall Capital Partners II, <br>L.L.L.P., | ADVERSARY PROCEEDING <br>NO.20-6280 |

Archer I, L.L.L.P., Archer Augusta, LLC,
Damascus 36, L.L.L.P.,
Archer III, L.L.L.P., Archer VI, L.L.L.P.,
Archer Properties, L.L.L.P., 100 Oakmont
Partners, L.L.L.P., 1266 Moores Mill
Road, LLC, Travel Concepts, LLLP, Bibb
185 L.L.L.P., Positive Ventures, Inc.,
Pointer Investments, Incorporated, Lodge
America, LLLC, Bluffs at Lanier,
L.L.L.P., Menser & Co., P.C.,
UBS Financial Services, Inc., ETO, L.P.,
and Archer I GP, L.L.L.P.,
            Defendants.

## ORDER AUTHORIZING AND DIRECTING MEDIATION
## OF DISPUTES AMONG PARTIES

The parties have requested that they be authorized to participate in mediation with

regard to the issues in this proceeding. It appears that the most productive form of mediation

is to designate a current bankruptcy judge with no assignment or responsibility for these

proceedings as a settlement judge to serve as a neutral mediator and that Bankruptcy Judge

Paul W. Bonapfel of this Court is qualified and suitable to serve in that capacity. For good

cause shown, it is hereby **ORDERED** as follows:

1. The parties to this proceeding shall mediate the issues and disputes presented in these

proceedings. Bankruptcy Judge Bonapfel is hereby designated as a settlement judge with regard

to this matter for the purpose of conducting mediation proceedings as the neutral mediator. Such

mediation shall be conducted at a time and place and in accordance with procedures mutually

agreed upon by the parties and Judge Bonapfel.

2. Because Judge Bonapfel will be serving as the neutral mediator in this matter and

because the nature of the mediation process requires *ex parte* contacts and communications

between the neutral mediator and each of the sides, the prohibitions of FED. R.BANKR. P.

9003 do not apply to communications among the parties, their attorneys, and Judge Bonapfel in

connection with the mediation proceedings. The parties and their attorneys may, therefore, have *ex parte* communications with Judge Bonapfel in his capacity as the neutral mediator in connection with the mediation proceedings.

3. All communications made by the parties or their attorneys to each other or to Judge Bonapfel in connection with the mediation process, the conduct and demeanor of the parties and their counsel during the mediation, and any documents prepared or produced in connection with the mediation process, including Judge Bonapfel's notes or records, shall be confidential and shall not be admissible in evidence or the subject of any discovery in any proceeding (unless admissible or discoverable without regard to the mediation). The mediation sessions and any conferences or proceedings in connection therewith shall be treated as compromise negotiations for purposes of the Federal Rules of Evidence, the Georgia Rules of Evidence, or any rules of evidence of any other jurisdiction. No record will be made of the mediation proceedings and Judge Bonapfel is disqualified from appearing as a witness in any matter, and shall not be called as a witness, with regard to the mediation or any matter arising out of or related thereto.

The Clerk's Office is directed to serve a copy of this Order upon all parties of record in this Adversary and their respective counsel.

END DOCUMENT